IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00030

JAVIER IRENA VICTORIO & WALTHER HERRERA ZELAYA

    Plaintiffs,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.

---

**ENTRY OF APPEARANCE OF PETER J. MCCAFFREY**

---

PLEASE TAKE NOTICE that Peter McCaffrey of the law offices of Franklin D. Azar & Associates, P.C., hereby enters his appearance in the within action on behalf of Plaintiffs, JAVIER Irena Victorio and Walther Herrera Zelaya.

Respectfully submitted this 6th day of January 2022.

        FRANKLIN D. AZAR & ASSOCIATES, P.C.

        */s/ Peter J. McCaffrey*
        Peter McCaffrey, #46740
        14426 East Evans Avenue
        Aurora, CO  80014
        Phone: (303) 757-3000
        Fax: (303) 757-3206
        Email: mccaffreyp@fdazar.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on January 6, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF PETER McCAFFREY** was filed via CM/ECF and served upon:

Stephanie A. Montague, #26184
Lynn R. Kuznitz, #53559
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: montagues@hallevans.com
kuznitzl@hallevans.com

             */s/ MacKenzie Campbell*_____
             MacKenzie Campbell, Paralegal
             campbellm@fdazar.com